FILED
7/23/19 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21110TPA |
| Michael J. Monaco ) | Chapter 13 |
| Darlene A. Monaco ) | |
|     Debtor(s) ) | |
| ) | Doc # 47 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     Vs. ) | |
| Michael J. Monaco ) | |
| Darlene A. Monaco | |
|     Respondent(s) | |

### ORDER

AND NOW, this ___23rd___ day of ___July___ 2019, it is

ORDERED that the Chapter 13 Trustee shall disburse the pre-petition filing fee of $310.00 to the Bankruptcy Clerk.

The plan base shall be increased by $310 to allow for payment of the filing fee which should have been previously paid directly by the Debtors. The next plan payment shall be increased to $1,810.00 (plan payment plus $310). The plan payment shall return to $1,500.00 per month after the next plan payment.

_____
Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 19-21110-TPA
Michael J. Monaco                                                                Chapter 13
Darlene A. Monaco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                Page 1 of 1              Date Rcvd: Jul 23, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db/jdb         +Michael J. Monaco,   Darlene A. Monaco,   1604 Cordwell Dr.,   South Park, PA 15129-9029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
          Douglas G. Hipp    on behalf of Debtor Michael J. Monaco twohipp4u@hotmail.com
          Douglas G. Hipp    on behalf of Joint Debtor Darlene A. Monaco twohipp4u@hotmail.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of South Park/South Park School District
           jhunt@grblaw.com,   cnoroski@grblaw.com
          Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 8