# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21110 |
| Michael J. Monaco and | : | |
| Darlene A. Monaco, Monaco | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Michael J. Monaco | : | |
| Darlene A. Monaco, Monaco | : | |
| Movant | : | Motion No. ☐ WO-1 |
| v. | : | Motion No. ☐ WO-2 |
| | : | |
| No Respondent | : | |
| Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion by no later than January 25, 2020,(i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

A hearing will be held on February 5, 2020 at 9:30 a.m. before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated of service: January 5, 2020          /s/Douglas G. Hipp
                                            Douglas G. Hipp
                                            Attorney for the Movant/Applicant
                                            1142 Broadview Blvd.
                                            Brackenridge, PA  15014
                                            412-478-3603
                                            PA ID # 47766
                                            Twohipp4u@hotmail.com