IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21110 |
|    Michael J. Monaco and | : | |
|    Darlene A. Monaco, Monaco | : | |
|       Debtor(s) | : | |
| | : | Chapter 13 |
|    Michael J. Monaco | : | |
|    Darlene A. Monaco, Monaco | : | |
|       Movant | : | Hearing Date & Time: Feb. 5, 2020 at 9:30 a.m. |
|    v. | : | |
| | : | |
| No Respondent | : | |
|       Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE**
**Docket No.: 57**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE** filed on January 5, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE** appears thereon. Pursuant to the Notice of Hearing, objections to the **MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE** were to be filed and served no later than January 25, 2020.

It is hereby respectfully requested that the Order attached to the **MOTION OF DEBTORS FOR DISMISSAL OF THEIR CHAPTER 13 CASE** be entered by the Court.


Dated: January 31, 2020                                    /s/ Douglas G. Hipp
                                                                                         Douglas G. Hipp, Esquire
                                                                                         Hipp/Kaiser-Hipp
                                                                                        1142 Broadview Blvd.
                                                                                        Brackenridge, PA  15014
                                                                                        412-478-3603        PA ID:  47766
                                                                                        Twohipp4u@hotmail.com

**PAWB Local Form 25 (07/13)**