Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael J. Monaco** | : | Case No. 19–21110–TPA |
| **Darlene A. Monaco** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per Doc No. 57 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of February, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 19-21110-TPA
Michael J. Monaco                                                   Chapter 13
Darlene A. Monaco
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lmar                  Page 1 of 2                   Date Rcvd: Feb 03, 2020
                              Form ID: 309                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db/jdb         +Michael J. Monaco,    Darlene A. Monaco,    1604 Cordwell Dr.,    South Park, PA 15129-9029
cr             +Township of South Park/South Park School District,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
15038682       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15060070        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
15015913       +PNC Bank Mortgage Service,    PO Box 8703,   Dayton, OH 45401-8703
15060384       +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
15031067       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15015915       +Shellpoint,    55 Beattie Pl., Suite 500,    Greenville, SC 29601-5116
15048675       +Township of South Park/South Park School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
15048456        UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15048455        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15057981       +Unifund CCR,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Feb 04 2020 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15015902       +EDI: AMEREXPR.COM Feb 04 2020 08:34:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
15045780        EDI: BECKLEE.COM Feb 04 2020 08:33:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
15015903       +EDI: CAPITALONE.COM Feb 04 2020 08:34:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
15055100        EDI: BL-BECKET.COM Feb 04 2020 08:34:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
15015904       +EDI: CHASE.COM Feb 04 2020 08:34:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
15015905       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 04 2020 03:52:52       Credit One,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15015908       +EDI: TSYS2.COM Feb 04 2020 08:33:00      DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
15060164        EDI: Q3G.COM Feb 04 2020 08:33:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA  98083-0657
15015906       +E-mail/Text: electronicbkydocs@nelnet.net Feb 04 2020 03:57:26       Dept of Ed / NELNET,
                 3015 Parker Rd.,    Suite 400,   Aurora, CO 80014-2904
15015907       +EDI: NAVIENTFKASMDOE.COM Feb 04 2020 08:33:00       Dept of Ed/Navient,    123 Justison St.,
                 3rd Floor,    Wilmington, DE 19801-5360
15015909       +E-mail/Text: bankruptcy@huntington.com Feb 04 2020 03:57:20       Huntington National Bank,
                 PO Box 1558,    Dept EAW25,   Columbus, OH 43216-1558
15015910        EDI: IRS.COM Feb 04 2020 08:34:00      IRS- Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
15015911       +E-mail/Text: bncnotices@becket-lee.com Feb 04 2020 03:56:46       Kohl's Dept. Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
15017798        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:52:54       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15015912       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:52:53       LVNV, LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
15049490        EDI: NAVIENTFKASMSERV.COM Feb 04 2020 08:33:00       Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
15015914        EDI: PRA.COM Feb 04 2020 08:33:00      Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,
                 Norfolk, VA 23502
15059146        EDI: PRA.COM Feb 04 2020 08:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15025677        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2020 03:57:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
15015916       +EDI: RMSC.COM Feb 04 2020 08:34:00      SYNCB/Amazon PLCC,    PO Box 965015,
                 Orlando, FL 32896-5015
15056451       +E-mail/Text: bncmail@w-legal.com Feb 04 2020 03:57:29       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
15016261       +EDI: RMSC.COM Feb 04 2020 08:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15031781       +E-mail/Text: bankruptcy@huntington.com Feb 04 2020 03:57:20       The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
15031567       +E-mail/Text: electronicbkydocs@nelnet.net Feb 04 2020 03:57:26       U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
15054667        EDI: AIS.COM Feb 04 2020 08:33:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 26
```

```
District/off: 0315-2            User: lmar              Page 2 of 2              Date Rcvd: Feb 03, 2020
                                Form ID: 309            Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PA Dept of Revenue
cr              PNC BANK NATIONAL ASSOCIATION
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
              Douglas G. Hipp    on behalf of Debtor Michael J. Monaco twohipp4u@hotmail.com
              Douglas G. Hipp    on behalf of Joint Debtor Darlene A. Monaco twohipp4u@hotmail.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of South Park/South Park School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```