**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL J. MONACO
    DARLENE A. MONACO
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:19-21110 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/20/2019 and confirmed on 05/10/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,596.10 |
| Less Refunds to Debtor | 346.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,249.95 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,016.17 | |
|   Trustee Fee | 328.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,344.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 2,415.84 | 0.00 | 2,415.84 |
|     Acct: 9171 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 0.00 | 4,179.27 | 0.00 | 4,179.27 |
|     Acct: 4042 | | | | |
|   PNC BANK NA | 2,806.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 9171 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 15,722.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 4042 | | | | |
| | | | | 6,595.11 |
| **Priority** | | | | |
|   DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. MONACO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HIPP/KAISER-HIPP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |

| 19-21110 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   DOUGLAS G HIPP ESQ** | 2,000.00 | 1,016.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. MONACO | 346.15 | 346.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 3,042.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |
|   SOUTH PARK SD & S PARK TWP (EIT) | 1,407.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4042 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-TPA | | | | |
| | | | | 310.00 |
| Unsecured | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 8,220.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   UNIFUND CCR | 1,231.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 2425 | | | | |
|   CHASE BANK USA NA(*) | 10,223.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 5136 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4447 | | | | |
|   US DEPARTMENT OF EDUCATION | 35,532.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 9163 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O US DEPT | 37,356.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,030.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 5340 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 14,652.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 5184 | | | | |
|   CAPITAL ONE NA** | 542.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 8748 | | | | |
|   LVNV FUNDING LLC | 1,307.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2830 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6045 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL( | 233.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 3251 | | | | |
|   PA DEPARTMENT OF REVENUE* | 193.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8811 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 332.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 6628 | | | | |
|   UPMC PHYSICIAN SERVICES | 180.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 9163 | | | | |
|   UPMC HEALTH SERVICES | 685.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 9163 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 918.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3251 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 389.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 3738 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-21110 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | |
|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | 6,905.11 |

TOTAL CLAIMED
PRIORITY        4,760.29
SECURED        18,528.95
UNSECURED     113.028.46

Date: 03/10/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com